■ In the Matter of DANIEL W. GRACE, Respondent, v ELEANOR B. GRACE, Appellant. (Appeal No. 1.) [872 NYS2d 336]— Appeal from an order of the Family Court, Genesee County (Eric R. Adams, J.), entered October 17, 2007. The order, among other things, adjudged that respondent willfully violated an order of visitation.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for the reasons stated at Family Court. Present—Smith, J.P., Centra, Peradotto and Gorski, JJ.